ACCEPTED
03-15-00024-CR
6391092
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 3:37:10 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00024-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 3:37:10 PM
JEFFREY D. KYLE
Clerk

---

On Appeal from the 368th Judicial District Court of
Williamson County, Texas
Cause Number 13-0686-K277

---

**STEVEN ROE, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

---

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Steven Roe, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Appellant's brief is due in this case on August 7, 2015.

2. Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before October 6, 2015.

3. In the past sixty days, the undersigned has filed a brief in the Fourteenth Court of Appeals in Cause Number 14-15-00030-CR, *Miguel Macias v. The State of Texas*. The undersigned also filed briefs in the Thirteenth Court of Appeals in Cause Numbers 13-13-00547-CR, 13-13-00548-CR, and

13-13-00549-CR, *John Steen v. The State of Texas*. In addition, the undersigned is currently drafting a brief in the Cause Number 01-14-00641-CR, *Cornelius Milan Harper v. The State of Texas*, which is a capital murder case in which the record consists of seventy-one volumes. Further, the undersigned filed a Motion for Bond Pending Final Determination of Appeal in the Thirteenth Court of Appeals in Cause Number 13-13-00172-CR, *Abraham Jacob Proenza v. The State of Texas* in a case in which the Thirteenth Court of Appeals reversed Mr. Proenza's conviction. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

4. The undersigned has filed one previous motion for extension of time in this case.

5. For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on October 6, 2015.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,

_____/s/__ Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been emailed to John C. Prezas, Appellate Attorney for the Williamson County District Attorney's Office, at jprezas@wilco.org on August 6, 2015.

        /s/ Kristen Jernigan
        Kristen Jernigan